Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 18−19855−VFP
                         Chapter: 13
                         Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Katz | Carol Katz |
| aka Robert M Katz | aka Carol L Katz, aka Carol Lee Katz |
| 821 Bradford Avenue | 821 Bradford Avenue |
| Westfield, NJ 07090 | Westfield, NJ 07090 |

Social Security No.:
   xxx−xx−0844                         xxx−xx−0997

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on July 23, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 23, 2018
JAN: mcp

                                                           Jeanne Naughton
                                                           Clerk